**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Ralph J. Jangula, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| John E. Potter, Postmaster General, ) | |
| United States Postal Service, ) | Case No. 1:13-cv-085 |
| ) | |
| Defendant. ) | |

On August 22, 2013, the court issued an order denying plaintiff's motion to proceed in forma pauperis and further advising that this action would be dismissed without prejudice if the full filing fee was not paid within fourteen days.

Fourteen days have lapsed since the court issued its order. As plaintiff has not paid the filing fee, the court **ORDERS** that this action be **DISMISSED WITHOUT PREJUDICE**.

Dated this 6th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court